IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

MATTIE BRIGHT AS GUARDIAN
AND NEXT KIN FOR HER DAUGHTER,
JANE DOE                                                                                          PLAINTIFF

VS.                                                   CIVIL ACTION NO.: 3:15-cv-149-NBB-JMV

TUNICA COUNTY SCHOOL DISTRICT,
BERNARD STEPHEN CHANDLER,
SUPERINTENDENT, IN HIS OFFICIAL
AND INDIVIDUAL CAPACITIES; MILTON
HARDRICT, PRINCIPAL, IN HIS OFFICIAL
AND INDIVIDUAL CAPACITIES; AND
STANLEY ELLIS, ASSISTANT
SUPERINTENDENT AND TITLE IX
COORDINATOR, IN HIS OFFICIAL AND
INDIVIDUAL CAPACITIES; AND BRITTANY
BROWN, TEACHER, IN HER OFFICIAL AND
INDIVIDUAL CAPACITIES                                                                     DEFENDANTS

## ORDER STAYING CERTAIN PROCEEDINGS

Local Uniform Civil Rule 16(b)(3)(B) provides that "[f]iling … an immunity defense … motion stays the attorney conference and disclosure requirements and all discovery not related to the issue pending the court's ruling on the motion, including any appeal. Whether to permit discovery on issues related to a motion asserting an immunity defense . . . is a decision committed to the discretion of the court." L.U. CIV. R. 16(b)(3)(B). Accordingly, should the parties seek discovery on the immunity issue, they should, within 10 days hereof, file a motion outlining, in general terms, the discovery sought and the time necessary to conduct the same.

**IT IS, THERFORE, ORDERED** that the aforementioned proceedings are hereby **STAYED** pending a ruling on the immunity motion. Defendants shall notify the undersigned

magistrate judge within seven (7) days of a decision on the immunity defense motion and shall submit a proposed order lifting the stay.

**SO ORDERED** this, the 26th day of October, 2015.

/s/ Jane M. Virden
**UNITED STATES MAGISTRATE JUDGE**