IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

MATTIE BRIGHT, as Guardian and
Next of Kin of her Daughter, Jane Doe                                                    PLAINTIFF

V.                                                                    CIVIL ACTION NO. 3:15CV149-NBB-JMV

TUNICA COUNTY SCHOOL DISTRICT;
BERNARD STEPHEN CHANDLER,
Superintendent, in his Official and Individual
Capacities; MILTON HARDRICT,
Principal, in his Official and Individual
Capacities; STANLEY ELLIS, Assistant
Superintendent and Title IX Coordinator, in
his Official and Individual Capacities; and
BRITTANY BROWN, Teacher, in her
Official and Individual Capacities                                                        DEFENDANTS

**ORDER**

On consideration of the file and records in this action, the court finds that the report and recommendation of the United States Magistrate Judge dated March 30, 2016, was on that date served via electronic mail through the court's CM/ECF system upon counsel of record; more than fourteen days have elapsed since service of the report and recommendation; and no objection has been filed or served by the parties. The court is of the opinion that the report and recommendation should be approved and adopted as the opinion of the court.

It is, therefore,

**ORDERED:**

1.   That the report and recommendation of the United States Magistrate Judge dated March 30, 2016, is approved and adopted, and the proposed findings of fact and conclusions of law therein set out are adopted as the findings of fact and conclusions of law of the court.

2. Defendants Stephen Chandler and Brittany Brown are hereby dismissed without prejudice.

This, the 2nd day of May, 2016.

 /s/ Neal Biggers
**NEAL B. BIGGERS, JR.**
**UNITED STATES DISTRICT JUDGE**