IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

MATTIE BRIGHT, as Guardian and
Next Kin of Her Daughter, Jane Doe                                         PLAINTIFF

V.                                        CIVIL ACTION NO. 3:15CV00149-NBB-JMV

TUNICA COUNTY SCHOOL DISTRICT;
MILTON HARDRICT, Principal, in His
Official and Individual Capacities; and
STANLEY ELLIS, Assistant Principal and
Title IX Coordinator, in his Official and
Individual Capacities                                                      DEFENDANTS

## ORDER

In accordance with the memorandum opinion issued this day, it is **ORDERED AND ADJUDGED** that the plaintiff's motion to dismiss pursuant to Fed. R. Civ. P. 41(a)(2) is **GRANTED**, and this case is **DISMISSED** without prejudice.

This, the 25th day of July, 2016.

/s/ Neal Biggers
**NEAL B. BIGGERS, JR.**
**UNITED STATES DISTRICT JUDGE**